# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAAG., et al )
)
      Petitioners, )
)
      v. )  Civil Action No. 1:09-cv-00745 (RCL)
)
BARACK H. OBAMA, )
President of the United States, *et. al.*, )
)
      Respondents. )
_____ )

**FILED**

AUG 3 0 2012

Clerk, U.S. District and
Bankruptcy Courts

## [~~PROPOSED~~] ORDER GRANTING PETITIONER SHARQAWI ABDU ALI AL-HAAG'S (ISN 1457) ENLARGEMENT OF TIME TO RESPOND TO RESPONDENTS' MOTION FOR LEAVE TO FILE MOTION FOR EXPEDITED JUDGMENT

Upon consideration of Petitioner Sharqawi Abdu Ali Al-Haag's Motion [1565] for Enlargement

of Time to Respond to Respondents' Motion For Leave to File Motion for Expedited Judgment,

which is unopposed, and the record herein, it is this hereby ordered that the Motion for

Enlargement of Time to Respond is hereby GRANTED, and Petitioner shall have until

September 7, 2011 to respond to Respondents' Motion for leave to File Motion for Expedited

Judgment, nunc pro tunc, and the response filed That date shall be deemed timely.

      SO ORDERED.


Dated: _____8/28/12_____       _____

                                 **ROYCE C. LAMBERTH**
                                 **CHIEF JUDGE**